UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) Criminal No. 05-382 |
| | ) |
| DEVERIN CABBAGESTOCK | ) |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, to-wit, this  10th  day of  April , 2006, upon consideration of Defendant's Motion for Pre-Guilt Pre-Sentence Investigation, it is hereby ORDERED, ADJUDGED AND DECREED that said motion be and the same hereby is GRANTED as follows:

No later than  MAY 26 , 2006, the United States Probation Office is to complete and forward to the Court, Warner Mariani, Esquire, and Michael Ivory, Esquire, a copy of a pre-sentence report limited to the determination of Defendant's prior record. ~~and Defendant's advisory United States Sentencing Guideline range.~~

IT IS FURTHER ORDERED that the extension of time caused by the granting of Defendant's Motion for Pre-Guilt Pre-Sentence Investigation be deemed excludable delay under the Speedy Trial Act 18 U.S.C. §3161 *et seq*. Specifically, the court finds that the ends of justice are served by granting Defendant's Motion for Pre-Guilt Pre-Sentence Investigation and outweigh the

1

best interest of the public and the Defendant to a speedy trial for the reasons set forth in Defendant's Motion.

_____, J.