IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 05-382 |
| | ) |
| DEVERIN CABBAGESTALK | ) |

ORDER

AND NOW, to wit, this 28th day of July, 2009, it appearing to the Court that there is no further necessity that the record as to Mr. Cabbagestalk's sentencing remain sealed,

IT IS HEREBY ORDERED that the record of the sentencing hearing at the above number and sealed on November 16, 2007, be unsealed as of this day.

UNITED STATES DISTRICT JUDGE